UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| **CRYSTAL REYNOLDS** | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
|     vs. | ) CAUSE NO. 2:10-cv-195-WTL-WGH |
| | ) |
| **STATE OF INDIANA, et al.,** | ) |
| | ) |
|   Defendants. | ) |

## ENTRY GRANTING MOTION TO AMEND, DENYING MOTION TO DISMISS AND ORDER TO SHOW CAUSE

In response to the Defendants' motions to dismiss, the Plaintiff has filed a motion for leave to file an amended complaint (dkt. no. 17). That motion is **GRANTED**, and the amended complaint (exh.1 to dkt. no. 17) is **DEEMED FILED** as of this date. In light of this ruling, the Defendants' motions to dismiss (dkt. nos. 10 and 13) are **DENIED AS MOOT**.

It appears to the Court that the amended complaint asserts only a defamation claim pursuant to Indiana law. Inasmuch as this Court's jurisdiction over this case was premised on the presence of a federal claim, and "[w]hen the federal claim in a case drops out before trial, the presumption is that the district judge will relinquish jurisdiction over any supplemental claim to the state courts," *Leister v. Dovetail, Inc.*, 546 F.3d 875, 882 (7th Cir. 2008), it appears to the Court that this case should now be remanded to the Vigo Superior Court. Any party who believes otherwise is **ORDERED TO SHOW CAUSE**, in writing, **by November 9, 2010**, why remand should not occur. The Defendants' deadline to answer or otherwise respond to the amended complaint is extended to **November 23, 2010**.

SO ORDERED: 10/26/2010

*William T. Lawrence*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification